.1    MCGREGOR W. SCOTT
United States Attorney
2    LAURA D. WITHERS
Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
Fresno, CA 93721
4    Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for Plaintiff
6    United States of America



7

8           IN THE UNITED STATES DISTRICT COURT

          EASTERN DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,         CASE NO. 1:19-CR-00185-LJO-SKO

11               Plaintiff,        STIPULATION AND PROTECTIVE ORDER
BETWEEN THE UNITED STATES AND
12               v.               DEFENDANT SHERMAN SMITH

13    SHERMAN SMITH,             COURT: Hon. Stanley A. Boone

14               Defendant.

15

.16        WHEREAS, the discovery in this case is voluminous and contains a large amount of personal

17 and confidential information including but not limited to dates of birth, telephone numbers, residential

18 addresses, and social security numbers of victims of the charged scheme ("Protected Information"); and

19        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

20 unauthorized disclosure or dissemination of this information to anyone not a party to the court

21 proceedings in this matter;

22        The parties agree that entry of a stipulated protective order is appropriate.

23        THEREFORE, Defendant Sherman Smith, by and through his counsel of record ("Defense

24 Counsel"), and the United States of America, by and through Assistant United States Attorney Laura D.

25 Withers, hereby agree and stipulate as follows:

26      1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of

27 Criminal Procedure, and its general supervisory authority.

28      2.      This Order pertains to all discovery provided to or made available to Defense Counsel as

[PROPOSED] PROTECTIVE ORDER       1

1  part of discovery in this case (hereafter, collectively known as "the discovery").

2       3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any

3  documents that contain Protected Information with anyone other than Defense Counsel attorneys,

4  designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view

5  unredacted documents in the presence of his attorney, defense investigators, and support staff. The

6  parties agree that Defense Counsel, defense investigators, and support staff shall not allow the

7  Defendant to copy Protected Information contained in the discovery. The parties agree that Defense

8  Counsel, defense investigators, and support staff may provide the Defendant with copies of documents

9  from which Protected Information has been redacted.

10       4.    The discovery and information therein may be used only in connection with the litigation

11  of this case and for no other purpose. The discovery is now and will forever remain the property of the

12  United States of America ("Government"). Defense counsel will return the discovery to the

13  Government at the conclusion of the case after the exhaustion of all direct and collateral appeals.

14       5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to

15  ensure that it is not disclosed to third persons in violation of this agreement.

16       6.    Defense Counsel shall be responsible for advising the Defendant, employees, and other

17  members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

18       7.    In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to

19  withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

20  this Order.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

IT IS SO STIPULATED.

Dated: September 5, 2019                    MCGREGOR W. SCOTT
                                            United States Attorney


                                    By:   /s/Laura D. Withers
                                          LAURA D. WITHERS
                                          Assistant United States Attorney


Dated:                              By:   /s/Roger Wilson
                                          ROGER WILSON
                                          Attorney for Defendant
                                          SHERMAN SMITH



**IT IS SO ORDERED.**

Dated: 9/23/19

                                    THE HONORABLE STANLEY A. BOONE
                                    UNITED STATES MAGISTRATE JUDGE