McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00185-NONE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| SHERMAN SMITH, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 21, 2020.

2. By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing on September 18, 2020, and to exclude time until September 18, 2020, under Local Codes 7 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery in this case has been either produced directly to counsel and/or made available for inspection and copying.

   b) A signed plea agreement was filed on September 1, 2020 for the Court's consideration.

   c) Counsel for defendant requires time for effective preparation for the change of plea hearing and consultation with his client, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period until September 18, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§§ 3161(h)(1)(G) and (h)(7)(A), B(iv) [Local Codes 7 and T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and also because the Court requires this time to consider the parties' proposed and filed plea agreement.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 2, 2020    McGREGOR W. SCOTT
               United States Attorney

               /s/ LAURA D. WITHERS
               LAURA D. WITHERS
               Assistant United States Attorney

Dated:  September 2, 2020    /s/ ROGER WILSON
               ROGER WILSON
               Counsel for Defendant
               SHERMAN SMITH

**FINDINGS AND ORDER**

Pursuant to the parties' Stipulation, the change of plea hearing shall be set for on September 18, 2020, at 9:30 a.m. before the Honorable District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **September 2, 2020**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE